THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN JAY PINCUS HUETER, <br><br> Plaintiff, <br><br> v. <br><br> DEBRA ANN HALLAND, *et al.*, <br><br> Defendants. | CASE NO. C21-1271-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for reconsideration (Dkt. No. 12). "Motions for reconsideration are disfavored." W.D. Wash. Local Civ. R. 7(h). As a result, the Court will ordinarily deny them "in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." *Id.* Plaintiff's motion fails to satisfy this standard. Accordingly, the motion is DENIED.

DATED this 28th day of September 2021.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Sandra Rawski<br>
Deputy Clerk

MINUTE ORDER
C21-1271-JCC
PAGE - 1